1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 9 | UNITED STATES OF AMERICA, | ) |
| 10 | Plaintiff, | ) No. CR 03-0238-01 SI |
| 11 | v. | ) [PROPOSED] STIPULATED ORDER RE: EARLY |
| 12 | DAVID AGUILAR, | ) TERMINATION OF SUPERVISED RELEASE |
| 13 | Defendant. | ) |

14
15

16   Defendant David Aguilar has moved, through counsel, for early termination of
17 supervised release under Section 3583(e)(1) of Title 18 of the United States Code. Mr.
18 Aguilar has successfully completed well over two years of his three year term of supervised
19 release. Neither the United States Attorney's Office nor the supervising Probation Officer
20 opposes Mr. Aguilar's motion for early termination of supervised release.
21   Therefore, for good cause shown the Court grants the defendant's motion and
22 //
23 //
24 //
25 //
26

*Aguilar*, 03-0238-01 SI
ORD. TERMINATING
SUPERVISED RELEASE

terminates Mr. Aguilar's term of supervised release, effective as of the date of this order.

IT IS SO ORDERED.

_____  
DATED                                       SUSAN ILLSTON  
                                            United States District Court Judge

IT IS SO STIPULATED.

February 11, 2008                           \_\_/s_____  
DATED                                       JOSEPH P. RUSSONIELLO  
                                            United States Attorney  
                                            Northern District of California  
                                            SUSAN JERICH  
                                            Assistant United States Attorney

February 11, 2008                           \_\_/s_____  
DATED                                       BARRY J. PORTMAN  
                                            Federal Public Defender  
                                            Northern District of California  
                                            STEVEN G. KALAR  
                                            Assistant Federal Public Defender